Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

AUG 2 3 2024

Clerk, U.S. Courts
District of Montana
Billings Division

Christopher Brian Crosby
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

County of Yellowstone, et. al
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
) Case No. _____
)       *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Brian Crosby
All other names by which you have been known:
ID Number: 291 208
Current Institution: YCDF
Address: 3165 King Ave E.
Billings, MT 59101
City / State / Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: County of Yellowstone
Job or Title (if known): 13th Judicial District Court
Shield Number:
Employer: County of Yellowstone - State of Montana
Address: 217 N. 27th St - P.O. Box 35025
Billings, MT 59107-5025
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Terry Halpin
Job or Title (if known): Clerk of Court
Shield Number:
Employer: County of Yellowstone
Address: P.O. Box 3025
Billings, MT 59107
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name: Meaghan Bailey
   Job or Title (if known): Criminal Defense Attorney
   Shield Number: Office of The Montana Public Defenders
   Employer: State of Montana - County of Yellowstone
   Address: 207 W. Broadway ste 201
   Billings, MT 59101
   City / State / Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name: See Attach A
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   ☐ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
The Defendants have conspired to prohibit Plaintiffs right to full access to the courts, including attempts to get rid of Meagan Bailey, who is the current court appointed Attorney
   See Attach B

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4. Joseph Zavatsky / Mandi Gould
   Managing Attorney
   Office of the Montana Public Defenders
   State of Montana – County of Yellowstone
   207 N. Broadway Ste 201
   Billings, MT 59101

5. Anne Irish
   Judicial Assistant to Judge Thomas Pardy
   County of Yellowstone
   P.O. Box 35028
   Billings, MT 59107

6. Thomas Pardy
   Defendant Anne Irish Supervisor
   County of Yellowstone
   P.O. Box 35025
   Billings, MT 59107

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attach B

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Feb 2 2024 - on going, During Criminal proceedings for DC 24-0147

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb 2, 2024 - ongoing

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attach B

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

An injunction compelling defendants to stop these violations
Award punitive damages
Award all costs of suit and attorney's fees
And other relief the court deems appropriate

It is held as the language of Younger makes clear that a showing of bad faith or harrasment is equivalent to a showing of irreparable injury for purposes of the County restraints defined in Younger, because there is a federal right to be free from bad faith prosecution 467 F. 2d at 120 n. 7. Irreparable injury need not be independently established.

Conspiracy to cause or prohibit protected rights neither would be shielded by immunity Ashelman 769 F. 2d at 1362

A Judge can be liable for participating in a conspiracy, if the acts indicating participation were take by the Judge "otherwise than in his/her Judicial role" See:
   Beard v. Lidall 648 F. 2d 1264, 1270
   Slavin v. Curry 574 F. 2d 1256, 1264, modified 543 F.2d 779
   Ashelman v Pope 769 F. 2d 1360

Interferring with full access to courts by clerks or Judicial Assistants See Saucier v Katz, 533 U.S. 194, 201
The contours of the right must be sufficiently clear that a reasonable official would understand what he/she is doing violates that right. id. at 202

U.S. Const. 1st Amend to petition the government includes the right to file other civil actions in court that have a reasonable basis in law or fact McDonald v. Smith 472 U.S. 479, 484

Defendants Haplin, Bailey, Irish, Pardy conspired to prohibit Plaintiffs access to the courts. Plaintiff attempted repeatedly to fire Defendant Bailey as his court appointed counsel, however was blocked by Haplin, Irish. And Defendant Pardy ignored Plaintiffs repeated motions and instructed his assistant Defendant Irish to return Plaintiffs letters requesting assistance with removing counsel. It is clear Defendants violated Plaintiffs 1st Amend of The U.S. Const., which would not be shielded by any immunity shield

(1)

A conflict of intrest exists if a defense attorney owes duties to a party whose intrests are adverse to those of the defendant Alexander v. Rice 265 F.3d 878, 885

The Potential for a conflict of intrest is not measured by the representations of the prosecutor, but the unique perspective and subjective beliefs of defense counsel id. 886

Defendant Bailey, Zavatsky, Gould conspired together in order for Defendant Bailey to stay on Plaintiff's counsel, even after repeated requests to both managing Attorneys Zavatsky and Gould and every attempt was ignored.

The right of access to the courts is the right of an individual whether free or incarcerated, to obtain access to the courts without undue interference. The right of indivurduals to pursue legal redress for claims that have a reasonable basis in law or fact is protected by the First Amendment right to petition and the Fourteenth Amendment right substantive due process. Snyder v Nolan, 380 F.3d at 291

It is clear that the defendants have conspired to prohibit his ability. See Exhibits 1-4, where its is clear that the defendants have violated Plaintiffs First Amendment and 14th Amend.

Immunity shield is only available when conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known,
See
   Buckley v Fitzsimmons 509 U.S. 259, 268, 113 S.Ct 2606, 125 L.Ed. 2d (quoting Harlow v Fitzgerald 457 U.S. 800, 818, 102 S.Ct. 2727, 73 L.Ed. 2d 396

7

It is clear the Defendants immunity shields are void due to these blatent constitutional rights and are liable for their actions

(3)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

 A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  ☐ Yes

  ☒ No

  If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

 B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

  ☐ Yes

  ☐ No

  ☒ Do not know

 C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

  ☐ Yes

  ☐ No

  ☒ Do not know

  If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Does not pertain to prison conditions

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.      If you did not file a grievance:

           1.   If there are any reasons why you did not file a grievance, state them here:

N/A

           2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-23-2024

Signature of Plaintiff: Christopher B. Crosby
Printed Name of Plaintiff: Christopher B. Crosby
Prison Identification #: 291208
Prison Address: 3165 King Ave C.
Billings, mt 59101
City, State, Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City, State, Zip Code
Telephone Number: _____
E-mail Address: _____