UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| CHRISTOPHER BRIAN CROSBY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-116-BLG-BMM |
| vs. | |
| COUNTY OF YELLOWSTONE, et al. | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 1, 2024 (Doc. 4), this action is DISMISSED.

Dated this 13th day of December, 2024.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk